CUNNINGHAM et al., Appellants, v. HANSHEW, Respondent. (Supreme Court, Appellate Division, Second Department. May 2, 1899.) Action by Bridget T. Cunningham and Roger Cunningham against Elisha Hanshew, Jr.

PER CURIAM. By the tenant continuing in possession after the 1st of May, and by the receipt by the landlord of some of the installments of the rent, the rights of the parties became absolutely fixed on both sides. There was a tenancy for another year. There was no ne-

cessity for the production of the deeds to the tenant. The plaintiff established a clear right to recover. Judgment reversed, and a new trial granted; costs to abide the event.